

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MMS/LXN
F.#2010R01079

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

March 23, 2012

<u>By ECF & Hand Delivery</u>

Donald D. DuBoulay
401 Broadway, 25th Floor
New York, NY 10013

  Re:  United States v. Barisciano, <u>et</u>. <u>al</u>
     Criminal Docket No. 11-413 (SLT)

Dear Mr. DuBoulay:

  Enclosed please find documents relating to your client Justin Doyle containing the government's continued discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure.  The materials include arrest related documents bearing bates numbers JD-00000007 - 00000023 and phone records bearing bates numbers PR-00000001 - 00000093.

  If you have any questions or further requests, please do not hesitate to contact us.

           Very truly yours,

           LORETTA E. LYNCH
           United States Attorney
           Eastern District of New York

       By:  /s/
           Marisa Megur Seifan/Lan Nguyen
           Assistant U.S. Attorneys
           (718) 254-6008/6162

Enclosures

CC:  Clerk of Court (SLT)(w/o enclosures)